# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CERTAIN REAL PROPERTY LOCATED )<br>AT 360 SWAN LAKE AVENUE, )<br>MONROE, WALDO COUNTY, MAINE, )<br>)<br>)<br>Defendant-in-rem. ) | Docket no. 1:11-cv-488-GZS |

## ORDER REGARDING APPOINTMENT OF COUNSEL

On March 23, 2012, Claimant James Ford filed a financial declaration seeking appointed counsel in this matter. The Government has telephonically notified the Clerk that they take no position on the request for counsel.

On April 12, 2012, the Clerk notified the Court that James Ford has been appointed counsel under 18 U.S.C. § 3006A in a sealed case. Mr. Ford's appointed counsel in that matter is Charles W. Hodsdon II.

The Court hereby GRANTS James Ford's Pro Se Motion for Appointment of Counsel (Docket # 7) and authorizes Attorney Hodsdon to represent James Ford in this case in accordance with 18 U.S.C. § 983(b)(1)(A).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 12th day of April, 2012.