UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11-cv-00488-JAW |
| | ) | |
| CERTAIN REAL PROPERTY | ) | |
| LOCATED AT 360 SWAN LAKE | ) | |
| AVENUE, MONROE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

On December 29, 2011, the United States filed a complaint against Certain Real Property Located at 360 Swan Lake Avenue, Monroe, Maine pursuant to 21 U.S.C. § 881(a)(7). *Compl.* (ECF No. 1). On April 19, 2012, this Court appointed Attorney Judson Esty-Kendall of Pine Tree Legal Assistance to represent Darlene Ford in accordance with 18 U.S.C. § 983(b)(2)(A) and specifically allowed Attorney Esty-Kendall to seek compensation for his representation of Ms. Ford in accordance with 18 U.S.C. § 983(b)(2)(B). *Order Regarding Appointment of Counsel* (ECF No. 16). On July 25, 2014, the United States moved to dismiss the Complaint because the subject property had been forfeited. *Mot. to Dismiss* (ECF No. 39). The Court granted the motion to dismiss on August 19, 2014. *Order Granting Mot. to Dismiss* (ECF No. 40). Section 983(b)(3) provides that the Court "shall set the compensation for representation under this subsection , which shall be equivalent to that provided for court-appointed representation under section 3006A of this title."

On September 17, 2014, Attorney Esty-Kendall filed a motion for attorney's fees in which he is seeking court approval of the attorney time reflected in an itemization attached to the motion. *App. for Att'y's Fees* (ECF No. 41); Attach. 1 (*Att'y's Fee Itemization*). The Court reviewed Mr. Esty-Kendall's application for attorney's fees and finds that he is entitled to be reimbursed for .6 hours at $110.00 per hour, 17.4 hours at $125.00 per hour, and 2.8 hours at $126 per hour for a total award of $2,593.80.

The Court GRANTS the Application for Attorney's Fees and concludes that Judson Esty-Kendall is entitled to be paid a total of $2,593.80 pursuant to 18 U.S.C. § 983(b)(2)(B).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 10th day of October, 2014